OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 9, 2005

TO: Stephanie Haygood, Pro Se
    RD 2 Box 6-1
    Selbyville, DE 19975

**RE:   CA 05-15 SLR Service Requirements**

Dear Ms. Haygood:

On 2/2/05, the Court issued an order in subject civil action denying your application to proceed without prepayment of fees (pauper application). On 2/17/05 you paid the filing fee of $150.00. This makes you responsible for complying with the requirements of Federal Rule 4 regarding service of your complaint on the 4 defendants noted in your complaint. A copy of Rule 4 is enclosed, which explains the process of serving the defendants by summons, or in the alternative, using the request for waiver of service by summons.

Please acknowledge receipt for the enclosed copy of Rule 4 and return the signed receipt to the Clerk's Office.

A blank summons form (AO 440 and a blank 2-page waiver form (AO 398/399) are also provided for your convenience. Additional copies may be copied from our website, under Clerk's Office/Forms, at www.ded.uscourts.gov . If you use the summons form(s), they should be sent to this office to be issued (signed and sealed). They would then be returned to you for service in accordance with Rule 4.

If you have administrative or procedural questions you may call our office and speak with one of our Intake clerks. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,
/s/
PETER T. DALLEO
CLERK

/re

cc: Pro Se Law Clerk
Attch: FRCP 4 w/receipt, Docket Sheet, Summons form and Waiver form