IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00015-SLR |
| v. | ) |
| | ) |
| BARRY CONNORS, LINDA HARE TUCKER, | ) |
| KEN KOON AND SHEILA FERRARO, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Natalie L. Palladino, Esquire on behalf of defendants, Barry Connors, Linda Hare Tucker, Ken Koon and Sheila Ferraro.

        WHITE AND WILLIAMS LLP

        */s/ Natalie L. Palladino*

        **NATALIE L. PALLADINO (ID # 3878)**
        824 Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE 19899
        (302) 654-0424
        Attorney for Defendants,
        *Barry Connors, Linda Hare Tucker,*
        *Ken Koon and Sheila Ferraro*

Dated:  May 10, 2005

-2-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00015-SLR |
| v. | ) |
| BARRY CONNORS, LINDA HARE TUCKER, KEN KOON AND SHEILA FERRARO, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Natalie L. Palladino, Esquire, do hereby certify that on this 10th day of May, 2005, two copies of the above foregoing **ENTRY OF APPEARANCE** were served upon the following via e-filing and first class mail, postage prepaid:

Stephanie F. Haygood
RD 2 Box 6-1
Selbyville, Delaware 19975

WHITE AND WILLIAMS LLP

*/s/ Natalie L. Palladino*

**NATALIE L. PALLADINO (ID # 3878)**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 654-0424
Attorney for Defendants,
*Barry Connors, Linda Hare Tucker,*
  *Ken Koon and Sheila Ferraro*