AO 440 (Rev. 8/01) Summons in a Civil Action

3790

# UNITED STATES DISTRICT COURT

District of _____ **DELAWARE**

RECEIVED

MAY 12 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**SUMMONS IN A CIVIL CASE**

Haygood        V.        Connors

CASE NUMBER:    05-15SLR

2005 APR 32 P 1:
SHERIFF DEPT.
SUSSEX CO. DE

TO: (Name and address of Defendant)

Barry Connors
Woodbridge School District
P.O. Box 869
Greenwood, DE   19950

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephanie Haygood
RD 2, Box 6-1
Selbyville, DE   19975
(302) 436-4652

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

_____
CLERK

_____
(By) DEPUTY CLERK

4-29-05
DATE

CHK. #_____

AMT. _____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/3/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeff Christopher | Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

Bridgeville Del

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

Sheriff's Office
Post Office Box 69
Georgetown, De. 19947

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.