AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

3797

## SUMMONS IN A CIVIL CASE

Haygood    V.    Koon

CASE NUMBER: 05-15SLR

RECEIVED MAY 12 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

2005 APR 32 P 1:08 SHERIFF DEPT. SUSSEX CO. DE

TO: (Name and address of Defendant)

Ken Koon
Woodbridge School District
P.O. Box 869
Greenwood, DE  19950

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephanie Haygood
RD 2, Box 6-1
Selbyville, DE  19975
(302) 436-4652

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

_Beth Duna_
(By) DEPUTY CLERK

DATE  4-29-05

CHK. #
AMT.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/3/05 |
| NAME OF SERVER (PRINT) Pat Smith | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: Marsha Murphy (Admin. Secretary)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____  PSE 946.10
            Date        Signature of Server

            Sheriff's Office
            Post Office Box 69
            Georgetown, De. 19947

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.