AO 440 (Rev. 8/01) Summons in a Civil Action

3798

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

## SUMMONS IN A CIVIL CASE

Haygood  V.  Ferraro

CASE NUMBER: 05-15SLR

RECEIVED MAY 12 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

SHERIFF DEPT. SUSSEX CO. DE   2005 APR 22 P 1:08

TO: (Name and address of Defendant)

Sheila Ferraro
Woodbridge School District
P.O. Box 869
Greenwood, DE  19950

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephanie Haygood
RD 2, Box 6-1
Selbyville, DE  19975
(302) 436-4652

in answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Beth _____ (signature)
By) DEPUTY CLERK

DATE  4-29-05

CHK. #

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 3, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Pat Smith | Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____  946-10
              Date                Signature of Server

```
Sheriff's Office
Post Office Box 69
Georgetown, De. 19947
```

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.