IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD | ) |
| | ) |
|     Plaintiff, | ) |
| | ) C.A. No. 05-00015-SLR |
| v. | ) |
| | ) |
| BARRY CONNORS, LINDA HARE TUCKER, | ) |
| KEN KOON AND SHEILA FERRARO | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' ANSWER TO COMPLAINT

1. This allegation asserts the jurisdictional requirements. No response is required.

2. After reasonable investigation, answering defendants have insufficient information to form a belief as to the truth of the allegations in this paragraph.

3. Denied as stated.

4. Denied.

5. Denied.

6. Defendants' deny any and all alleged discriminatory practices. It is admitted that Ms. Haygood's employment with Woodbridge School District was terminated effective June 30, 2003.

7. It is admitted that plaintiff filed charges with the Department of Labor of the Sate of Delaware. The Department of Labor investigated plaintiff's charges and dismissed them.

8. It is admitted that plaintiff filed charges with the Equal Employment Opportunity Commission of the United States. The EEOC adopted the findings of the Delaware Department of Labor and dismissed the charges.

9. It is admitted that the Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter to plaintiff on November 1, 2003.

10. Defendants' deny any and all alleged discriminatory acts.

11. Defendants' deny any and all alleged discriminatory acts.

12. Denied. A copy of the charges filed with the Delaware Department of Labor and/or the EEOC was not attached to this Complaint.

13. Denied.

14. Denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**WHEREFORE**, answering defendants demand judgment in their favor and against the plaintiff, including costs of this suit.

WHITE AND WILLIAMS LLP

*/s/ Natalie L. Palladino*

**NATALIE L. PALLADINO (ID# 3878)**
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4531
*Attorney for Defendants,*
*Barry Connors, Linda Hare Tucker,*
  *Ken Koon and Sheila Ferraro*

Dated:  May 23, 2005

-3-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00015-SLR |
| v. ) | |
| ) | |
| BARRY CONNORS, LINDA HARE TUCKER, ) | |
| KEN KOON AND SHEILA FERRARO ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Natalie L. Palladino, Esquire, do hereby certify that on this 23rd day of May, 2005, two copies of the above foregoing **DEFENDANTS' ANSWER TO COMPLAINT** were served upon the following via e-filing and/or first class mail, postage prepaid:

Stephanie F. Haygood
RD 2 Box 6-1
Selbyville, Delaware 19975

                                        WHITE AND WILLIAMS LLP

                                        */s/ Natalie L. Palladino*
                                        **NATALIE L. PALLADINO (ID # 3878)**
                                        824 Market Street, Suite 902
                                        P.O. Box 709
                                        Wilmington, DE 19899
                                        (302) 654-0424
                                        Attorney for Defendants,
                                        *Barry Connors, Linda Hare Tucker,*
                                            *Ken Koon and Sheila Ferraro*