**MRS. STEPHANIE HAYGOOD**

**RTE 2 BOX 6-1**

**SELBYVILLE, DE 19975**

**May 27, 2005**

Ms. Natalie L. Palladino

824 North Market Street, Suite 902

P. O. Box 709

Wilmington, DE 19899-0709

Dear: Ms. Palladino

In response to your letter concerning my discrimination complaint, I sincerely disagree with your correspondence and findings. I have witnesses and written proof that will solidify that I was the subject of discrimination, and I will adamantly pursue this case. Ms. Palladino, I willingly accept any further correspondence from you.

Respectfully yours,

*Stephanie Haygood*

Mrs. Stephanie Haygood

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Stephanie F. Haygood

        Plaintiff,------------- C. A. No. 05-00015-SLR

v.

Barry Connors, Linda Hare Tucker,
Ken Koon and Sheila Ferraro

        Defendants.

### CERTIFICATE OF SERVICE

I, Stephanie F. Haygood, do hereby certify that on this 24th day of May, 2005, two copies of the above foregoing **DEFENDANTS' ANSWER TO COMPLAINT** were served upon the following via e-filing and /or first class mail, postage prepaid:

Natalie L. Palladino, Esquire (**ID**# 3878
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899

                                       Stephanie F. Haygood
                                       RD 2 Box 6- 1
                                       Selbyville, DE 19975

Ms. Stephanie F. Haygood
Rr 2 Box 6-1
Selbyville, DE 19975
Chesapeake Bay Foundation



U.S. POSTAGE PAID
SELBYVILLE, DE 19975
MAY 28, 05
AMOUNT $0.37
00069729-04

U.S.M.S.
X-RAY

U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801