**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

July 12, 2005

LOCKBOX 31
844 KING STREET
U.S.COURTHOUSE
WILMINGTON, DELAWARE 19801

Stephanie Haygood
RD 2 Box 6-1
Selbyville, DE 19975

Natalie L. Palladino, Esquire
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

        Re:   Haygood v. Barry Connors, et al.; Civ. No. 05-15-SLR

Dear Ms. Haygood and Ms. Palladino:

      Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(a) and D. Del. LR 16.2.  On or before **August 12, 2005**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why.  Unless further ordered by the court, a scheduling conference will not be necessary.

                                Cordially,

                                SUE L. ROBINSON

SLR/rd

Enclosure

cc:  Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE HAYGOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-015-SLR |
| | ) |
| BARRY CONNORS, LINDA HARE | ) |
| TUCKER, KEN KOON, and SHEILA | ) |
| FERRARO, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this        day of August, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 12, 2005.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 12, 2005.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment

motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 12, 2006.**  Answering briefs and affidavits, if any, shall be filed on or before **January 26, 2006.**  Reply briefs shall be filed on or before **February 2, 2006.**

_____<br>United States District Judge