# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00015-SLR |
| v. | ) |
| | ) |
| BARRY CONNORS, LINDA HARE-TUCKER, | ) |
| KEN KOON AND SHEILA FERRARO, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned counsel certifies that on the 19th day of July, 2005, two copies of *Defendants' First Set of Interrogatories to Plaintiff* were served on the following counsel of record in the following manner indicated:

*By First Class Mail*
Stephanie F. Haygood
RD 2 Box 6-1
Selbyville, Delaware 19975

**WHITE AND WILLIAMS LLP**

/s/ Natalie L. Palladino
NATALIE L. PALLADINO (# 3878)
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
(302) 467-4531

*Attorney for Defendants,*
*Barry Connors, Linda Hare-Tucker, Ken Koon and Sheila Ferraro*

DOCS_DE 113622v1