# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00015-SLR |
| v. | ) |
| | ) |
| BARRY CONNORS, LINDA HARE-TUCKER, | ) |
| KEN KOON AND SHEILA FERRARO, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS'
### FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants herewith request, pursuant to the Federal Rules of Civil Procedure, that Plaintiff, Stephanie F. Haygood, within thirty days of service hereof, produce for inspection and copying at the offices of the undersigned attorneys the documents described below. These Requests are to be deemed continuing.

**I.      INSTRUCTIONS**

1.  The Instructions and Definitions set forth in Defendant's First Set of Interrogatories to Plaintiff are incorporated herein by this reference as though fully stated.

2.  Each document you are asked to identify shall be produced in its entirety, without abbreviation or expurgation.

3.  This Request shall be deemed continuing so as to require further and supplemental production including if, in supplemental answers to Interrogatories, you identify additional documents.

4.  If a claim of privilege or work product is made as to a document (or any portion thereof), all portions of the document not subject to the claimed privilege shall be produced. All documents which the Plaintiff claims privilege or statutory authority as grounds for

-2-

non-production shall be identified by date, title, type of document (e.g., memorandum, report, chart, etc.), subject matter (without revealing the information as to which the privilege or statutory authority is claimed), and the factual and legal basis for the claim of privilege or statutory authority which provides the claimed grounds for non-production.

5. Unless otherwise specified, each request requires a full answer for every period of time with respect to which plaintiff intends to offer any evidence.

6. If more than one copy of a requested document (e.g., a clean copy and a copy with handwritten notations) exists, and if one or more documents have any writing on them which differentiate them from other copies, plaintiff shall produce all such copies.

7. If counsel for the plaintiff should need any clarification of any request for production of documents, said counsel should contact the undersigned attorneys.

## II.     OBJECTIONS

Defendants request that Plaintiff furnish them with an itemized list and description of those documents with respect to which objections are made or privilege is claimed, indicating the author, recipient or addressee, date of such document, the general subject matter contained therein sufficient to identify the document, the custodian of the document, and the nature of the privilege asserted or ground of objection.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1**  All records and documents described and/or identified in responding to Defendants' First Set of Interrogatories, segregated and numbered by the Interrogatory Number to which they are responsive.

**RESPONSE:**


**REQUEST NO. 2**  All written communications or documents of any kind between you and the EEOC and/or the Delaware Department of Labor relating to the charge upon which this lawsuit is based.

**RESPONSE:**

-3-

**REQUEST NO. 3**  Any and all notes, memoranda, letters, or other documents relating to your Complaint in this litigation against the Defendant.

**RESPONSE:**

**REQUEST NO. 4**  All recordings, transcriptions, written statements or notes of interviews or conversations with:

A.  Any current or former employees of Woodbridge School District concerning any subject matter of this litigation;

B.  Any other present agent of Woodbridge School District concerning any subject matter of this litigation;

C.  Any other past agent, employee, or official of Woodbridge School District concerning any subject matter of this litigation.

**RESPONSE:**

**REQUEST NO. 5** Each document which you will use or may use in support of the allegations in the Complaint.

**RESPONSE:**

**REQUEST NO. 6** Each document you have either sent to or received from any person pertaining to the subject matter of this litigation.

**RESPONSE:**

**REQUEST NO. 7** Provide each record and document, including without limitation, notes, diaries, tapes, videos, calendars, checks, correspondence, or logs which in any manner relates to, concerns or touches upon (1) your employment with Woodbridge School District and/or the terms and conditions of your employment with Woodbridge School District; (2) any

-3-

conversations or communications concerning any of the Woodbridge School District's employees, agents or representatives from the date of your employment with Woodbridge School District up to the present; and (3) the subject matter of this or any other lawsuit against Defendants.

**RESPONSE:**

**REQUEST NO. 8** Provide each document, including without limitation, grievances, letters, notes, tapes, videos, calendars, diaries, or logs which in any manner relates to, concerns or touches upon any conversations or communications between you and any other person, corporation, or other entity concerning any matter raised in the Complaint.

**RESPONSE:**

**REQUEST NO. 9** Provide each document and record in your possession and/or custody which relates to, touches on, or involves the claims asserted in the Complaint against the Defendants that are not produced pursuant to the previous requests.

**RESPONSE:**

**REQUEST NO. 10** All documents which refer, relate or pertain to any economic injury you claim to have suffered as a result of Defendants' conduct or the conduct of Woodbridge School District.

**RESPONSE:**

**REQUEST NO. 11** All documents which refer, relate or pertain to any non-economic injury you claim to have suffered as a result of Defendants' conduct or the conduct of Woodbridge School District.

**RESPONSE:**

-5-

**REQUEST NO. 12** Any statements in your possession, custody or control concerning the allegations made in the Complaint.

**RESPONSE:**


**REQUEST NO. 13** Any copies of e-mail transmissions obtained by you during your employment at Woodbridge School District, or in your possession, custody or control in regard to the allegations in the Complaint.

**RESPONSE:**


**REQUEST NO. 14** Any and all notes, journals, diaries, or calendars created by you or on your behalf for the time period covered by the allegations in your Complaint through to the present.

**RESPONSE:**


**REQUEST NO. 15** All of the documents identified in the Plaintiff's Initial Rule 26 Disclosure Statement.

**RESPONSE:**


**REQUEST NO. 16** Reports and CV's from all experts who will testify on behalf of the Plaintiff.


**RESPONSE:**


**REQUEST NO. 17** All documents evidencing, referring or relating in any manner to any contracts or agreements between the parties.

**RESPONSE:**

-6-

                                                        WHITE AND WILLIAMS LLP

By: *[signature: Natalie L. Palladino]*
                                       **NATALIE L. PALLADINO**
                                       824 N. Market Street, Suite 902
                                       P.O. Box 709
                                       Wilmington, DE 19899-0709
                                       (302) 467-4520
                                       Attorneys for Defendants,
                                       *Barry Connors, Linda Hare-Tucker, Ken Koon and Sheila Ferraro*

Dated: July 19, 2005

-7-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00015-SLR |
| v. | ) |
| | ) |
| BARRY CONNORS, LINDA HARE-TUCKER, | ) |
| KEN KOON AND SHEILA FERRARO, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Natalie L. Palladino, Esquire, do hereby certify that on this 19th day of July, 2005, two (2) copies of the foregoing **DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served upon the following via first class mail, postage prepaid:

Stephanie F. Haygood
RD 2 Box 6-1
Selbyville, Delaware 19975

                                                                **WHITE AND WILLIAMS LLP**

                                           By     /s/ Natalie L. Palladino
                                                      **NATALIE L. PALLADINO**
                                                        824 N. Market Street, Suite 902
                                                        P.O. Box 709
                                                        Wilmington, DE 19899-0709
                                                        (302) 654-0424
                                                        *Attorney for Defendants,*
                                                        *Barry Connors, Linda Hare-Tucker,*
                                                       *Ken Koon and Sheila Ferraro*