**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STEPHANIE F. HAYGOOD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  05-00015-SLR |
| v. | ) | |
| | ) | |
| BARRY CONNORS, LINDA HARE-TUCKER, | ) | |
| KEN KOON AND SHEILA FERRARO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' INITIAL DISCLOSURES
PURSUANT TO RULE 26**

Pursuant to Federal Rule of Civil Procedure 26, the defendant, by and through its counsel, White and Williams LLP, makes the following initial disclosures:

A.  Individuals Likely to Have Discoverable Information:

　　　(1)  Stephanie Haygood, Plaintiff;

　　　(2)  Barry Connors, Defendant;

　　　(3)  Linda Hare-Tucker, Defendant;

　　　(4)  Ken Koon, Defendant; and

　　　(5)  Sheila Ferraro, Defendant.

B.  Documents

In addition to the documents listed in Plaintiff's Initial Disclosure, Defendant identifies the following:

　　　Plaintiff's Employment File from Woodbridge School District;

C. Calculation of Damages Claimed

Not Applicable.

D. Relevant Insurance Information

Defendants were covered by an Employees Benefit Liability policy with Utica Mutual Insurance Company (No. 001896237) as of June 30, 2003.

**WHITE AND WILLIAMS LLP**

BY: _____

**NATALIE L. PALLADINO**
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
*Attorney for Defendants,*
*Barry Connors, Linda Hare-Tucker,*
*Ken Koon and Sheila Ferraro*

Dated: July 19, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEPHANIE F. HAYGOOD | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00015-SLR |
| v. | ) |
| | ) |
| BARRY CONNORS, LINDA HARE-TUCKER, | ) |
| KEN KOON AND SHEILA FERRARO, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Natalie L. Palladino, Esquire, do hereby certify that on this 19th day of July, 2005, two

(2) copies of the foregoing **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO**

**RULE 26** were served upon the following via first class mail, postage prepaid:

Stephanie F. Haygood
RD 2 Box 6-1
Selbyville, Delaware  19975

WHITE AND WILLIAMS LLP

By: *Natalie L. Palladino*
    _____
    **NATALIE L. PALLADINO**
    824 N. Market Street, Suite 902
    P.O. Box 709
    Wilmington, DE 19899-0709
    (302) 654-0424
    *Attorney for Defendants,*
    *Barry Connors, Linda Hare-Tucker,*
    *Ken Koon and Sheila Ferraro*

DOCS_DE 111520v1