**Mrs. Stephanie F Haygood**
**RD2 Box 6-1**
**Selbyville, DE 19975**
**July 22, 2005**

The Honorable Sue L. Robinson
U. S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Dear Judge Robinson:

This letter is in reference to Haygood v. Connors, Tucker, et al, C. A. No 05-00015 SLR, our File No.: 16869-D0101. Due to the death of my sister, I sincerely request a rescheduling of my August 12, 2005, court appearance. I regret this inconvenience; however, this time of healing is needed because it has taken a toll on me. Furthermore, a copy is being sent to Ms. Natalie L. Palladino, attorney for Connors, Tucker, et al.

Respectfully submitted

*Mrs. Stephanie F. Haygood*
Mrs. Stephanie F. Haygood

```
FILED
JUL 2 6 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE
```

Mrs. Stephanie F. Haygood
RD2 Box 6 - 1
Selbyville, DE 19975





Honorable Sue L. Robinson
U. S. District Court
844 N. King Street
LockBox 18
Wilmington, DE 19801