IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE HAYGOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-015-SLR |
| | ) |
| BARRY CONNORS, LINDA HARE | ) |
| TUCKER, KEN KOON, and SHEILA | ) |
| FERRARO, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this /st day of August, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 12, 2005.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 12, 2005.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment

motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 12, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **January 26, 2006.** Reply briefs shall be filed on or before **February 2, 2006.**

                                                     _____
                                                      United States District Judge