**Mrs. Stephanie F. Haygood**
**RD 2 Box 6-1**
**Selbyville, DE  19975**
**August 9, 2005**

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

Dear Judge Robinson:

Due to the death of my sister, I have been unable to complete the necessary paperwork that is due by August 12, 2005.

On August 8, 2005, I had an appointment with a law office about my case, however, upon my arrival I was told his mother passed away last night and our appointment had to be cancelled.

Again, I ask that the August 12, 2005 date be extended so that I can complete all the necessary paperwork needed for the Court and Ms. Natalie L. Palladino.

I sincerely regret this inconvenience, however, this time of healing is needed because it has taken a toll on me.  Thank you in advance.

Sincerely,

*Mrs. Stephanie F. Haygood*

Mrs. Stephanie F. Haygood

LAW OFFICE
OF
JOHN M. LAROSA

Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

Phone: (302) 888-1290
Fax:     (302) 655-9329

Licensed in DE, PA, and NJ
E-mail: JMCLAROSA@AOL.COM

Judge Robinson:

This is the Attorney I had the appointment with on 8/8/05 even at this difficult time of my sister death.

Thank you for your consideration in this matter

Mrs Stephanie Haggard

P.S. On 8/9 at 12.35 spoke with Mr. Monica Mosley and she informed me that Fax were not accepted.