Re: 05-15 SLR

Mrs Stephanie Haygood
RD2 Box 6-1
Sellyville, Delaware 19975
July 14, 2005

Natalie L. Palladino, Esquire
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Re: Proposed Scheduling Order

Dear Ms. Palladino:

August 12, 2005 date is fine with me.

Cordially

Mrs Stephanie Haygood