Mrs Stephanie Haygood
July 14, 2005

Ms Palladino:

Hand written due to the death of my sister at this time.

Thank you,

Mrs Haygood
05-15 SLR

FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Copy to United States District Court



Selbyville DE
JUL 14

Ms. Stephanie F. Haygood
Rr 2 Box 6-1
Selbyville, DE 19975
Chesapeake Bay Foundation

05-15-SLR

United States District Court
District of Delaware
Lockbox 31
844 King Street
U.S. Court House
Wilmington, Delaware 19801