IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE F. HAYGOOD,

      Plaintiff,

                                          C.A. NO. 05-00015-SLR

v.

BARRY CONNORS, LINDA HARE
TUCKER, KEN KOON AND SHEILA         E-FILE
FERRARO,

      Defendants.

## ORDER

      WHEREAS this _____ day of _____, 2006, having considered Defendant's Motion to Dismiss, it is hereby ordered that the motion is **GRANTED** and Plaintiff's Complaint is dismissed with prejudice. In addition, Plaintiff shall pay the attorney for Defendants the sum of $ _____ as reasonable expenses, including attorney's fees, for failing to serve answers to Defendants' interrogatories and request for production, as well as the costs associated with filing of this motion. This sum must be paid within ten days.

      IT IS SO ORDERED.

                                                                                 _____
                                                                                         JUDGE