# EXHIBIT 1

# White and Williams LLP

**WW**

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

*Natalie L. Palladino*
*Direct Dial: 302.467.4531*
*Direct Fax: 302.467.4559*
*palladinon@whiteandwilliams.com*

July 19, 2005

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

      **RE:  Haygood v. Connors, Tucker, et al.**
            **C.A. No. 05-00015 SLR**
            **Our File No.: 16869-D0101**

Dear Judge Robinson:

      Please be advised that the parties have no objection to the Scheduling Order proposed in Your Honor's July 12, 2005, letter. A copy of plaintiff's letter indicating her agreement with the proposed Scheduling Order is also attached for your reference.

                            Respectfully submitted,

                            **WHITE AND WILLIAMS LLP**

                       By:   *Natalie L. Palladino*
                           Natalie L. Palladino

NLP/krs
Enclosure

cc:    Stephanie F. Haygood

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 113496v1

RE: 05-15 SLR

MRS Stephanie Haygood
RD2 Box 6-1
Sellyville, Delaware 19975
July 14, 2005

Natalie L. Palladino, Esquire
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

RECEIVED
JUL 15 2005

Re: Proposed Scheduling Order

Dear Ms. Palladino:

August 12, 2005 date is fine with Me.

Cordially

Mrs Stephanie Haygood