# EXHIBIT 2

# White and Williams LLP

**WW**

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Natalie L. Palladino*
*Direct Dial: 302.467.4531*
*Direct Fax: 302.467.4559*
*palladinon@whiteandwilliams.com*

August 30, 2005

Stephanie F. Haygood
RD 2 Box 6-1
Selbyville, Delaware  19975

RE:  **Haygood v. Connors, Tucker, et al.**
      **C.A. No. 05-00015 SLR**
      <u>**Our File No.: 16869-D0101**</u>

Dear Ms. Haygood:

I am writing to remind you that your answers to Defendant's First Set of Interrogatories and Request for Production were due on August 19, 2005.  Please be advised that if you do not file a response within the next two weeks, I will file a Motion to Compel with the Court.

Thank you for your attention to this matter.

Very truly yours,

**WHITE AND WILLIAMS LLP**

By: *Natalie L. Palladino*
      Natalie L. Palladino

NLP/krs

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*