

January 20, 2006

United States District Court
For the District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

                          Re: Stephanie F. Haygood v. Barry Connors, Linda Hare Tucker, Ken Koon and Sheila Ferraro (C.A. No. 05-00015-SLR)

Dear Sirs or Madam:

      On Friday, January 13, 2006, I received in the mail a letter by defendants counsel "Motion to Dismiss".

      I ask the court to consider why I have repeatedly failed to satisfy my obligations due to the death of my sister, who I love so dear. The needed time to heal and cope was crucial for both my niece and me. I truly apologize for the failure but again hope you understand the reasoning.

      If this does not satisfy the courts, I thank the court for taking the time to consider my request to not dismiss at this time.

Sincerely,

*Stephanie F Haygood*
Stephanie F. Haygood

Cc: White & Williams, LLP