IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00015-SLR |
| v. ) | |
| ) | |
| BARRY CONNORS, LINDA HARE TUCKER, ) | E-FILE |
| KEN KOON AND SHEILA FERRARO ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Natalie L. Palladino, Esquire on behalf of Defendants, Barry Connors, Linda Hare Tucker, Ken Koon and Sheila Ferraro.

**PLEASE ENTER** the appearance of William L. Doerler, Esquire on behalf of Defendants, Barry Connors, Linda Hare Tucker, Ken Koon and Sheila Ferraro.

WHITE AND WILLIAMS LLP

_____
NATALIE L. PALLADINO
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424

WHITE AND WILLIAMS LLP

/s/ Doerler
_____
WILLIAM L. DOERLER
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4508

Date:  January 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BARRY CONNORS, LINDA HARE TUCKER,  )<br>KEN KOON AND SHEILA FERRARO  )<br>)<br>Defendants.  ) | C.A. No. 05-00015-SLR<br><br>E-FILE |

### CERTIFICATE OF SERVICE

I, William Doerler, Esquire, do hereby certify that on this 26th day of January, 2006, a copy of the foregoing **SUBSTITUTION OF COUNSEL** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Stephanie F. Haygood
Road 2, Box 6-1
Selbyville, Delaware 19975

WHITE AND WILLIAMS LLP

_____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
Wilmington, DE 19899
(302) 654-0245
*Attorney for Defendants*
*Barry Connors, Linda Hare Tucker,*
*Ken Koon and Sheila Ferraro*