IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BARRY CONNORS, LINDA HARE TUCKER,  )<br>KEN KOON AND SHEILA FERRARO  )<br>  )<br>       Defendants.  ) | C.A. No. 05-00015-SLR<br><br>E-FILE |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Natalie L. Palladino, Esquire on behalf of Defendants, Barry Connors, Linda Hare Tucker, Ken Koon and Sheila Ferraro.

**PLEASE ENTER** the appearance of William L. Doerler, Esquire on behalf of Defendants, Barry Connors, Linda Hare Tucker, Ken Koon and Sheila Ferraro.

| WHITE AND WILLIAMS LLP | WHITE AND WILLIAMS LLP |
|---|---|
| /s/ Natalie Palladino | /s/ William Doerler |
| NATALIE L. PALLADINO | WILLIAM L. DOERLER |
| 824 N. Market Street, Suite 902 | 824 N. Market Street, Suite 902 |
| P.O. Box 709 | P.O. Box 709 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19899-0709 |
| (302) 654-0424 | (302) 467-4508 |

Date: January 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00015-SLR |
| v. ) | |
| ) | |
| BARRY CONNORS, LINDA HARE TUCKER, ) | E-FILE |
| KEN KOON AND SHEILA FERRARO ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I, William Doerler, Esquire, do hereby certify that on this 27th day of January, 2006, a copy of the foregoing **SUBSTITUTION OF COUNSEL** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Stephanie F. Haygood
Road 2, Box 6-1
Selbyville, Delaware 19975

                                          **WHITE AND WILLIAMS LLP**

                                          **WILLIAM L. DOERLER (#3627)**
                                          824 N. Market Street, Suite 902
                                          Wilmington, DE 19899
                                          (302) 654-0245
                                          *Attorney for Defendants*
                                          *Barry Connors, Linda Hare Tucker,*
                                          *Ken Koon and Sheila Ferraro*