# White and Williams LLP

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

William L. Doerler
Direct Dial: 302.467.4508
Direct Fax: 302.467.4548
doerlerw@whiteandwilliams.com

January 30, 2006

**LexisNexis e-file**

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> RE: **Haygood v. Connors, Tucker, et al.**
> **C.A. No. 05-00015 SLR**
> **Our File No.: 16869-D0101**

Dear Judge Robinson:

I am in receipt of Ms. Haygood's January 20, 2006 letter to you. The letter purports to be a response to Defendants' motion to dismiss. In the letter, Plaintiff suggests that she has not been responding to discovery due to the death of her sister. Records in our files, however, suggest that her sister died in July of 2005, or earlier. Attached for your review is a copy of Plaintiff's July 14, 2005 letter referring to the death of her sister. In light of the fact that Plaintiff's letter does not address the merits of the case and does not indicate that any type of a substantive response will be forthcoming, the matter is now ripe for decision. For the reasons stated in Defendants' motion to dismiss, the Court should dismiss this case without further delay.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: /s/ William L. Doerler
William L. Doerler

WLD:mw
Enclosure

cc: Stephanie F. Haygood

Re: 05-15 SLR

Mrs Stephanie Haygood
RD2 Box 6-1
Selbyville, Delaware 19975
July 14, 2005

Natalie L. Palladino, Esquire
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

RE: Proposed Scheduling Order

Dear Ms. Palladino:

August 12, 2005 date is fine with Me.

Cordially

Mrs Stephanie Haygood

Handwritten letter:

Mrs Stephanie Haygood
July 14, 2005

Ms Palladino:

Hand written due to the death of my sister at this time.

Thank you,
Ms Haygood
05-15 SLR

FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Copy to United States District Court



Ms. Stephanie F. Haygood
Rr 2 Box 6-1
Selbyville, DE 19975
Chesapeake Bay Foundation

05-15-SLR

United States District Court
District of Delaware
Lockbox 31
844 King Street
U.S. Court House
Wilmington, Delaware 19801