IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-015-SLR |
| | ) |
| BARRY CONNORS, LINDA HARE TUCKER, KEN KOON, and SHEILA FERRARO, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 31st day of January, 2006, defendants having filed a motion to dismiss on January 12, 2006 (D.I. 29);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **February 28, 2006**.

2. Defendants may file and serve a reply brief on or before **March 14, 2006**.

_____
United States District Judge