Mrs. Stephanie Haygood

The Honorable Sue L. Robinson
U. S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801
February 22, 2006

      RE:  **Haygood v. Connors, Tucker, et, al.**
            **C. A. No. 05-00015SLR**

      **In Reply Answering Brief for Motion to Dismiss**

Dear Judge Robinson:

    In response to Mr. William Doerler's request for dismissal of my case because of my failure to adhere to certain procedures, I would like to express that the death of my sister is a traumatic loss, in which, Mr. Doerler cannot comprehend according to his dismissal letter. This is a dear sister that is thought to have been dead at birth. This type of situation compounds the emotional grief and, the added responsibility of caring for my niece made the healing process to be prolonged.

    I appreciate the extended time that you have allowed me to clarify all of the circumstances. I will look forward to receiving your reply.

                                           Respectfully submitted,

                                         Stephanie Haygood

Cc: William L. Doerler

SUE L. ROBINSON
U.S. DISTRICT JUDGE
FEB 2 3 2006
FILED




The Honorable Sue L. Robinson
U.S. District Court
844 North King Street  Room 4209
Lock Box 18
Wilmington, Delaware 19801

Ms. Stephanie F. Haygood
RR 2 Box 6-T
Selbyville, DE 19975
Chesapeake Bay Foundation