# White and Williams LLP

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

William L. Doerler
Direct Dial: 302.467.4508
Direct Fax: 302.467.4548
doerlerw@whiteandwilliams.com

March 3, 2006

**Via E-file
and Via Hand Delivery**

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

      RE:  **Haygood v. Connors, Tucker, et al.
           C.A. No. 05-00015 SLR
           Our File No.: 16869-D0101**

Dear Judge Robinson:

     As you may recall, I wrote to you on January 30, 2006, asking you to dismiss Plaintiff's Complaint based upon her failure to respond to Defendants' Motion to Dismiss. In response, you issued an Order on January 31, 2006 extending the briefing schedule related to Defendants' Motion, such that Plaintiff was required to file and serve an answering brief on or before February 28, 2006. On or about February 23, 2006, Plaintiff acknowledged receiving the Court's Order, and thanked the Court for extending the time for filing an answering brief. As of this date, however, Plaintiff has not filed her answering brief. Defendants therefore, respectfully request that the Court grant Defendants' Motion to Dismiss on its merits, and as unopposed.

                                             Respectfully submitted,

                                             WHITE AND WILLIAMS LLP

                               By: _____
                                            William L. Doerler

WLD:mw
cc:   Stephanie F. Haygood