IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-015-SLR |
| | ) |
| BARRY CONNORS, LINDA HARE | ) |
| TUCKER, KEN KOON, and SHEILA | ) |
| FERRARO, | ) |
| | ) |
| Defendants. | ) |

### O R D E R

At Wilmington this 21th day of March, 2006, having reviewed plaintiff's letter request for an extension of time to respond to defendants' motion to dismiss and having reviewed defendants' response to said letter (D.I. 35, 36);

IT IS ORDERED that plaintiff's second request for an extension is granted as follows:

1.     Plaintiff shall file and serve an answering brief in response to defendants' motion on or before **April 20, 2006.**

2.     Defendants may file and serve a reply brief on or before **April 27, 2006.**

IT IS FURTHER ORDERED that should plaintiff fail to submit an answering brief in accordance with this schedule the court will treat the pending motion to dismiss as unopposed.  **No further extensions of time shall be granted with respect to said motion.**

_____
United States District Judge