April 17, 2006

The Honorable Sue L. Robinson

U. S. District Court

844 North King Street, Room 4209

Lock Box 18

Wilmington, DE 19801

    RE:  **Haygood v. Connors, Tucker, et al.**

          <u>**C. A. No. 05-00015 SLR**</u>

Dear Judge Robinson:

    Most of all, I would like to extend my sincere appreciation for the extension concerning my court case. The added responsibilities that occurred after my sister's death has become more overwhelming than I expected; therefore, I cannot pursue this case at this present time; however, at a later date, I plan to re-open this important matter.

                                             Respectfully submitted

                                             *Stephanie Haygood*

                                             Stephanie Haygood

cc:  William L. Doerler

