# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*William L. Doerler*
*Direct Dial: 302.467.4508*
*Direct Fax: 302.467.4548*
*doerlerw@whiteandwilliams.com*

April 19, 2006

**Via E-file**
**and Via Hand Delivery**

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> RE: **Haygood v. Connors, Tucker, et al.**
> **C.A. No. 05-00015 SLR**
> **Our File No.: 16869-D0101**

Dear Judge Robinson:

As you may recall, the defendants in this matter filed a Motion to Dismiss for Lack of Prosecution on January 12, 2006. *See* Dkt. #29. The Court granted Plaintiff several extensions of time to file her Answering Brief. The last extension was granted on March 22, 2006. *See* Dkt. #37. In your Order dated March 22, 2006, you indicated that no further extensions of time would be granted. On April 17, 2006 Plaintiff wrote to you and indicated that she would not be pursuing her case at this time. *See* Dkt. #38. In light of Plaintiff's representation that she will not be pursuing her case at this time, Defendants respectfully request that you grant the Motion to Dismiss, with prejudice.

If you have any questions regarding this matter, I am available at the convenience of the Court.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: *[signature]*
William L. Doerler

WLD:mw
cc: Stephanie F. Haygood

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

DOCS_DE 124867v.1