June 15, 2006
Mrs Stephanie Haygood
61 Bethany Road
Sellyville, Delaware
19975

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street, Room 4209
Wilmington, DE 19801

Civ No 05-0015-SLR

Dear Judge Robinson:

    I am in receipt of your letter for motion to dismiss hearing on Friday 23 at 10:am.

    On this date my deceased sister's daughter I have't to have at college so I have't to request a rescheduling date please.

Respectfully Submitted

Mrs Stephanee Haygood

FILED
JUN 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Haygood
61 Bethany Road
Selbyville, Delaware
19975

Offices of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801