IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE F. HAYGOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-015-SLR |
| ) | |
| BARRY CONNORS, LINDA HARE ) | |
| TUCKER, KEN KOON, and SHEILA ) | |
| FERRARO, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 23d day of June, 2006, having issued an order on June 6, 2006 setting an in-person hearing for today (D.I. 40); and having received plaintiff's letter request for an extension of time without ever following up with the court to learn if her excuse was acceptable to the court (D.I. 41); and having considered the six factors established to determine whether to dismiss a case[1];

IT IS ORDERED that defendant's motion to dismiss for lack of prosecution (D.I. 29) is granted with prejudice as plaintiff has failed to participate in meaningful discovery with the defendants in the eighteen months her case has been on this court's docket and has failed to comply with multiple court orders issued in this litigation.

_____
United States District Judge

---

[1] See Poulis v. State Farm Fire and Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).